PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Evan Corbett          Cr.: 10-00365-001
                                                            PACTS #: 55747

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/28/2011

Original Offense:   Count One: Advertising, Promoting, Distributing Child Pornography, 18 U.S.C. § 2252A(a)(3)(B) and (b)(1), a Class C Felony

Original Sentence: 180 months imprisonment, 5 years supervised release

Special Conditions: Alcohol/Drug Treatment and Testing, Computer Monitoring, Mental Health Treatment, Restricted Contact with Minors, Sex Offender Registration, $100 Special Assessment, $5,000 Restitution

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/27/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On January 28, 2011, Mr. Corbett was ordered by the Court to pay restitution in the amount of $5,000. Since Mr. Corbett's release from the Bureau of Prisons on May 27, 2022, he has not made any payments. A balance of $4,070 remains. |
| 2 | On November 10, 2023, Mr. Corbett submitted to a polygraph examination. The examiner questioned Mr. Corbett about the use of any devices not monitored by the Probation Office, to which Mr. Corbett responded that he had not. The examiner indicated that Mr. Corbett showed deception while answering this question. After further questioning, Mr. Corbett admitted to entering his address on a friend's phone for the purpose of obtaining directions. |

U.S. Probation Officer Action:

*RESTITUTION:*

On November 16, 2023, I addressed Mr. Corbett's payment non-compliance. Mr. Corbett indicated that he has no income and does not have the funds to make payments at this time. Mr. Corbett is unemployed and is currently in the application process for social security disability benefits. Mr. Corbett completed a Monthly Cash Flow Statement, which displayed that he has a negative cash flow of $5 per month. The Probation Office respectfully recommends that Mr. Corbett's payments be temporarily waived until Mr.

Corbett's financial status changes. The undersigned will continuously assess Mr. Corbett's ability to make payments towards his restitution balance.

*POLYGRAPH:*

On November 16, 2023, I spoke with Mr. Corbett about the results of the polygraph examination. Mr. Corbett confirmed that he did access an unmonitored device to enter his address into a friend's phone. Mr. Corbett was advised that any continued use of unmonitored devices would be considered a violation of the computer monitoring condition ordered by the Court.

The Probation Office plans to schedule a follow-up polygraph within 30 days of this report and collaborate with Mr. Corbett's sex offender-specific treatment provider to address the results of this examination.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   11/20/2023
ANTHONY M. STEVENS              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Temporarily Suspend Restitution Payments with No Further Court Action at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

November 20, 2023
Date